■ In the Matter of GEORGE STOEHRER, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— Motion by appellant for leave to appeal as a poor person, for assignment of counsel and for a stay, pending appeal. Motion denied. On the court's own motion, the appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on respondent. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of JOSEPH ZINGALE, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by petitioner to confirm the Special Referee's report recommending disbarment of respondent. Motion granted, report confirmed; respondent disbarred and his name ordered struck from the roll of attorneys. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ JOSEPH LA COLLA, Appellant, v. VAIL MOTORS CORP. et al., Respondents.— Motion by respondent Richards to dismiss appeal granted, with $10 costs; appeal dismissed as to said respondent. On the court's own motion, the appeal is dismissed as to the other respondents. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ MIRIAM LASH, Respondent, v. HELEN DITTA, Doing Business as ALLIED AUTO WRECKERS et al., Appellants.— Motion by appellants to dispense with printing of exhibits, granted on condition that the original exhibits and four sets of photostatic or other readable reproductions of said exhibits be handed up on the argument or submission of the appeal, and that one set of such reproductions be served on respondent together with the record on appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ CONSTANTINE LOUCAS, Respondent, v. GLEN OAKS VILLAGE, INC., Appellant.— Motion by respondent for reargument referred to the court that rendered the decision. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ PEARL MAJKA, as Administratrix of the Estate of JOSEPH F. MAJKA, Deceased, Respondent, v. JOHN ARBORIO, INC., Appellant, et al., Defendants.— Motion by appellant for reargument referred to the court that rendered the decision. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ANN B. NEWBURGER, Appellant, v. ANDREW M. NEWBURGER, Respondent.— Motion by appellant to extend time to perfect her appeal, granted; time enlarged to the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term, peremptorily against appellant. The record and appellant's brief must be served and filed on or before January 5, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ ANGELO J. PALIOTTO, Appellant, v. THOMAS P. FINNEGAN, WILLIAM E. ROCHE et al., Respondents.— Motion by appellant to extend time to perfect appeal, granted; time extended to the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 5, 1962. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BLAKE, Appellant.— Motion by appellant to vacate order dated May 31, 1944, dismissing his appeal from a judgment of conviction. Motion denied (see People v. Curry, 14 A D 2d 564). Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.